UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**HUONG THI NGUYEN,**

        Plaintiff.

v.

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security,

        Defendant.

CV No.: 3:15-CV-00681-TC

ORDER FOR EAJA FEES

    Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $4,928.25 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010). There are no costs or expenses to be awarded herein.

    If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to attorney Robyn M. Rebers, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Robyn Rebers, at P.O. Box 3530, Wilsonville, Oregon 97070.

    IT IS SO ORDERED.

DATED this 27 day of JUNE, 2016.

                                                  Thomas M. Coffin
                                                United States Magistrate Judge

Presented by:
Robyn M. Rebers OSB# 034309
Attorney for Plaintiff